AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NOTHERN__ District of __CALIFORNIA__

Jose Daniel Castillo-Antonio
        Plaintiff (s),
V.
Mariam Padilla, and Carmen Flores
        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:14-cv-01465-EDL

Notice is hereby given that, subject to approval by the court, __Carmen Flores__ substitutes
(Party (s) Name)

__Martin Caraves__, State Bar No. __297285__ as counsel of record in
(Name of New Attorney)

place of __N/A (Client was pro per)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Caraves Law Group
    Address: PO Box 71344, Oakland, CA 94612
    Telephone: (510) 508-0118     Facsimile (510) 298-5620
    E-Mail (Optional): martin@caraveslaw.com

I consent to the above substitution.
Date: 9-18-14

_(Signature of Party (s))_

I consent to being substituted.
Date:

_(Signature of Former Attorney (s))_

I consent to the above substitution.
Date: 9/18/14

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.
Date: September 19, 2014

_Elijah D. Laporte_
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]